[636 NYS2d 701]

In the Matter of VINCENT S. TRACY, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.

Fourth Department, December 22, 1995

**APPEARANCES OF COUNSEL**

*Vincent L. Scarsella,* Buffalo, for petitioner.
*Joel L. Daniels,* Buffalo, for respondent.

**OPINION OF THE COURT**

Per Curiam.

Respondent was admitted to the practice of law by this Court

on February 20, 1973 and formerly maintained an office in Buffalo. On September 12, 1995, he was convicted, following a jury trial, in the United States District Court for the Western District of New York of the crimes of conspiracy and filing a false written statement with the United States Attorney's Office, in violation of 18 USC §§ 371, 1001 and 1002. On September 27, 1995, respondent was suspended pursuant to Judiciary Law § 90 (4) (f) and was directed to show cause why a final order of disbarment should not be entered pursuant to Judiciary Law § 90 (4) (g).

Respondent appeared on the return date of the show cause order and submitted an affidavit asserting that the equivalent New York State offense was the misdemeanor of offering a false instrument for filing in the second degree (Penal Law § 175.30). We conclude, however, that the equivalent New York State offense is the class E felony of offering a false instrument for filing in the first degree (Penal Law § 175.35; *see, Matter of Chu,* 42 NY2d 490, 494; *Matter of Knoll,* 181 AD2d 136).

Pursuant to Judiciary Law § 90 (4) (a) and (e), respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony *(see, Matter of Napoli,* 177 AD2d 135), and we direct that his name be stricken from the roll of attorneys and counselors-at-law.

PINE, J. P., LAWTON, WESLEY, BALIO and DAVIS, JJ., concur.

Order of disbarment entered.